UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNICE RIDDICK-FRAZIER,<br><br>Petitioner,<br><br>v.<br><br>CHARLESTON C. INOAGWU,<br><br>Respondent. | Case No. 17-cv-03139-SK (PR)<br><br>**ORDER OF DISMISSAL** |

On August 18, 2017, the post office returned the court's mail to petitioner as undeliverable. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 23, 2017

SALLIE KIM
United States Magistrate Judge